IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ISMAEL VIRUET,

      Appellant,

v.

      Case No. 5D21-1606
      LT Case No. 2020-SC-037729-O

GOODYEAR SERVICE CENTER,

      Appellee.

_____/

Decision filed June 14, 2022

Appeal from the County Court
for Orange County,
Elizabeth Starr, Judge.

Ismael Viruet, Orlando, pro se.

Tiffany M. Ward and Scott A. Richman, of
McDonald Toole Wiggins, P.A., Orlando, for
Appellee.

PER CURIAM.

      AFFIRMED.


WALLIS, EISNAUGLE and WOZNIAK, JJ., concur.